**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**TONY DOOLIN
Reg. No. 16878-029**                                                                                           **PLAINTIFF**

**V.**                              **CASE NO. 2:20-CV-111-LPR-BD**

**USA**                                                                                                                   **DEFENDANT**

## ORDER

Plaintiff Tony Doolin, an inmate at the Forrest City Federal Correction Camp, filed this case without the help of a lawyer under the Federal Tort Claims Act. In his complaint, Mr. Doolin demanded both money damages and injunctive relief. (Doc. No. 1)

Defendant USA responded to the request for injunctive relief, noting that Mr. Doolin did not indicate that he was requesting *preliminary* injunctive relief; Defendant further noted that, if Mr. Doolin did intend to request preliminary relief, he should have filed the request as a separate motion, as required by Local Rule 7.2(e), rather than including it in his complaint. (Doc. No. 9)

Subsequently, Mr. Doolin filed a motion for preliminary injunctive relief; specifically, he seeks treatment for a broken tooth with exposed dentin that has allegedly left him in considerable pain since April of 2020. In the motion, he also states that he has not received a copy of the USA's response to his request for preliminary relief and asks the Court to extend the deadline for him to file a reply to the Defendant's response. (Doc. No. 12)

The request for additional time to reply (Doc. No. 12) is GRANTED. The Clerk of Court is instructed to send Mr. Doolin a copy of docket entry 9. Mr. Doolin has 14 days from the date of this order to file a reply to the Defendant's response.

IT IS SO ORDERED, this 26th day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE