# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

TONY DOOLIN                                                                                     PLAINTIFF
#0034357

V.                          NO. 2:20-cv-00111-LPR-ERE

UNITED STATES OF AMERICA                                                         DEFENDANT

## ORDER

On April 14, 2021, Defendant United States of America (USA) filed a Motion to File Exhibit Attachments to Statement of Undisputed Facts Under Seal. *Doc. 38.* The USA requested permission to file the medical records containing Plaintiff Tony Doolin's protected health information under seal. *Doc. 38.* On April 16, 2021, the Court granted the USA's motion. *Doc. 39.* The under-seal documents include the following:

(1) Declaration of Dr. Maharaj Tomar. *Doc. 37-1*
(2) Declaration of Dr. Walter Stewart Jr. *Doc. 37-2*.
(3) Medical Records of Tony Doolin. *Doc. 42*.
(4) Dental Records of Tony Doolin. *Doc. 43.* [1]

On June 29, 2021, the Court entered an Order providing the parties an opportunity to make a record on whether they contend any of the sealed documents should remain under seal. *Doc. 45.* The parties were given until July 8, 2021, to

---

[1] The Court now appreciates the fact that the USA, in its motion to file under seal, was only seeking permission to place the medical and dental records under seal, not the two Declarations.

identify any compelling reasons for keeping the documents under seal or state whether any redactions should be made. *Doc. 45*. Defendant USA responded that it had no objection to the unsealing of the records. *Doc. 46*. Mr. Doolin has not responded and the time for doing so has now passed. No compelling reasons have been provided to keep these records sealed. Accordingly, the Clerk will unseal all four documents.

IT IS THEREFORE ORDERED THAT:

1. The Clerk is directed to unseal the Declaration of Dr. Maharaj Tomar and Declaration of Dr. Walter Stewart Jr. *Docs. 37-1 & 37-2*.

2. The USA is directed to resubmit Mr. Doolin's medical and dental records, *Docs. 42 & 43*, with Mr. Doolin's birth month and date redacted,[2] and the Clerk is directed to file the redacted records as *Doc. 42-1 & 43-1*.

IT IS SO ORDERED this 9th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

---

[2] See Fed. R. Civ. P. 5.2(a).