# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**TONY DOOLIN**  **PLAINTIFF**
**#0034357**

V.                    NO. 2:20-cv-00111-LPR

**UNITED STATES OF AMERICA**  **DEFENDANT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. Judge Ervin recommends granting summary judgment to Defendant United States of America on all claims. Mr. Doolin has not filed an Objection, and the time for doing so has expired. After a careful and *de novo* review of the Recommendation and the entire record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant USA's Motion for Summary Judgment (Doc. 35) is GRANTED. Judgment shall be entered in favor of Defendant USA on all claims against it. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of this Order, previous Orders, or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 13th day of December 2021.

_____
LEE P. RUDOFKSY
UNITED STATES DISTRICT JUDGE