IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TONY DOOLIN**                                                                                                  **PLAINTIFF**
**#0034357**

V.                              NO. 2:20-cv-00111-LPR

**UNITED STATES OF AMERICA**                                                           **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendant United States of America. Pursuant to 28 U.S.C. § 1915(a)(3), the Court certifies that an *in forma pauperis* appeal of the Judgment or the Order accompanying the Judgment would not be taken in good faith.

IT IS SO ADJUDGED this 13th day of December 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE